IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 7:04-CV-12-HL |
| | : | |
| **$13,000 IN UNITED STATES** | : | |
| **CURRENCY, MORE OR LESS,** | : | |
| Defendant | : | |
| | : | |
| **LAMAR HAMPTON,** | : | Motion to Strike Pleadings |
| | : | |
| Claimant | : | |

### ORDER

The Motion to Strike Pleadings filed by Plaintiff having been read and considered along with the record of the case, the Court finds as follows:

**1**

On November 3, 2004, the parties' Proposed Scheduling Order and Discovery Plan was made the order of this Court and was filed on November 4, 2004.

**2**

On or about December 3, 2004, Counsel for Plaintiff sent, by United States mail, written interrogatories to Counsel for Claimant. To date, there has been no response from Claimant.

**3**

On March 16, 2005, Plaintiff filed a motion to compel asking the court to intervene and order Claimant to respond to the interrogatories by a date certain.

**4**

On April 13, 2005, Counsel for Claimant filed a motion for a protective order. In that motion, Counsel acknowledged the receipt of the interrogatories, explained he had not been able to locate his client which resulted in Counsel's inability to provide answers to the interrogatories, and requested a delay in ruling on the motion to compel in order to give counsel an opportunity to withdraw.

**5**

On May 27, 2005, the Court entered an order denying the motion for protective order, granting the motion to compel and requiring the answers to the interrogatories to be served upon Plaintiff's counsel by no later than June 14, 2005.

**6**

Claimant has failed to comply with the court's order of May 27, 2005. Moreover, Claimant has remained out of contact with his Counsel.

BASED UPON THE FOREGOING, the Court concludes that Claimant has willfully failed to comply with the order of May 27, 2005 and has evidently chosen to make himself unavailable to the Court and Counsel. The Court has considered the various sanctions authorized by Rule 37(b)(2) of the Federal Rules of Civil Procedure, however, in light of Claimant's complete disregard of the orderly proceedings of cases before this court, concludes the only appropriate remedy is to strike the pleadings.

THEREFORE, in accordance with Fed. R. Civ. P. 37(b)(2)(C),

IT IS HEREBY ORDERED that the Claim filed by Claimant on March 12, 2004 is hereby stricken from the record of this case. In the event the case is otherwise in a proper posture, Plaintiff will be authorized to file a motion for final order of forfeiture should Plaintiff

so chose.

      SO ORDERED this 25th day of July, 2005.

                                         **s/ Hugh Lawson**
                                         HUGH LAWSON, JUDGE
                                         UNITED STATES DISTRICT COURT

Prepared by:
s/DONALD L. JOHSTONO
ASSISTANT UNITED STATES ATTORNEY